138-15

# ELECTRONIC RECORD

COA # 12-13-00050-CR          OFFENSE: 21.04

STYLE: Cesar Gomez v. The State of Texas    COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 241st District Court

DATE: 01/21/2015          Publish: NO   TC CASE #: 241-0529-12

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Cesar Gomez v. The State of Texas      CCA #: 138-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____Refused_____                JUDGE: _____

DATE: June 17, 2015              SIGNED: _____      PC: _____

JUDGE: PC                    PUBLISH: _____      DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**